# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV10-4746-CAS(Ex) | Date | October 29, 2010 |
|---|---|---|---|
| Title | *GEORGE V. EATERTAINMENT, S.A. v. RAJU SINGH JASSAR; ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Catherine M. Jeang | Not Present/Laura Elias | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**        (IN CHAMBERS)

**IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **November 15, 2010** why this action should not be dismissed for lack of prosecution **as to defendants RAJU SINGH JASSAR; SAM MOHAN; PUNJABI PARTNERS, INC. dba DESI CAFE.**

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

Plaintiff is advised that the Court will consider the following:

1)      A proof of service of summons and complaint on **defendants**

on or before the above date, as a satisfactory response to the Order to Show Cause.

|  | 00 : 00 |
|---|---|
| Initials of Preparer | CMJ |